WWR#040260160

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Harry C. Auel, Jr. | : | Case No. 18-14314 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

## TRUSTEE'S ABANDONMENT OF REAL PROPERTY

The duly qualified and acting Trustee herein respectfully represents that:

1. The real property located at 1742 Clough Pike, Batavia, OH 45103 is listed as an asset of this estate. A detailed description of the property is attached hereto as Exhibit "A".

2. The current market value for this property is $171,700.00, pursuant to Debtor's Schedule A.

3. Said property has no realizable value to the estate for the reason that it is subject to a lien in favor of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 in the amount of $244,253.60.

4. No party in interest, before the conclusion of the 341 meeting, has filed a request for further notice of abandonment nor has further notice been ordered by the Court.

WHEREFORE, the Trustee abandons the above-mentioned real property.

/s/ George Leicht  
George Leicht  
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Abandonment of Real Property was served: (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on February 20, 2019 addressed to:

Harry C Auel, Jr
1742 Clough Pike
Batavia, OH 45103

/s/ Laura L. Peters
Laura L. Peters #0063425
**Weltman, Weinberg & Reis Co., L.P.A.**

QUIT CLAIM DEED, Short Form, Statutory Form No. 27-S　(Reprinted 4/96)　apco Registered in U.S. Patent and Trademark Office anderson publishing co. cincinnati, ohio 45201

## QUIT-CLAIM DEED *

Instrument 9900021396　Book OR　Vol. 1201　Page 732

Ann M. Auel, divorced from the Grantee and not remarried (1), of Clermont County, Ohio,

for valuable consideration paid, grants(s) to Harry C. Auel, Jr., divorced from the Grantor and not remarried,

, whose tax-mailing address is 1742 Clough Pike, Batavia, Ohio 45103

the following **REAL PROPERTY:** Situated in the County of Clermont in the State of Ohio and in the Township of Batavia ; (2)

Situate in Military Survey 4031, Batavia Township, Clermont County, Ohio and being Lot 4 of Carriage Station, Section II, as recorded in Plat Cabinet 4, slides 113 and 114 of the Clermont County, Ohio Recorder's Office.

Subject to restrictions and easements of record.

MAY 19 1999
APPROVED FOR TRANSFER
CARL G. HARTMAN
COUNTY ENGINEER
CLERMONT COUNTY, O.
BY: _____ ASST
TAX MAP DRAFTSMAN

Filed in the office of
LINDA L. FRALEY
CLERMONT COUNTY AUDITOR
5-20-99
Date
By: _____
Deputy Auditor

1060
This conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code
FEE $ _____
EXEMPT ✓
LINDA L. FRALEY, County Auditor

01 BK 57 PG 06A PAR 004.

Prior Instrument Reference: Vol. 538 Page 159 of the Deed Records of Clermont County, Ohio.

(3) ~~Grantor releases all rights of dower therein.~~ Witness her hand(s) this 13 day of May, 1999.

Signed and acknowledged in the presence of:

WITNESS MICHAEL A. KENNEDY

WITNESS KATHLEEN M. RODENBERG

_____ Ann M. Auel _____ (4)
ANN M. AUEL

State of Ohio　　　　County of Clermont　　ss.

**BE IT REMEMBERED,** That on this 13 day of May, 1999, before me, the subscriber, a Notary Public in and for said county, personally came, Ann M. Auel, divorced from the Grantee and not remarried the Grantor(s) in the foregoing Deed, and acknowledged the signing thereof to be her voluntary act and deed.

**IN TESTIMONY THEREOF,** I have hereunto subscribed my name and affixed my seal on this day and year aforesaid. _____ Kathleen M. Rodenberg _____

Kathleen M. Rodenberg, Attorney At Law
Notary Public - State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

This instrument was prepared by Kathleen M. Rodenberg, Attorney at Law
247 E. Main St., Batavia OH 45103

1. Name of Grantor(s) and marital status.
2. Description of land or interest therein, and encumbrances, reservations, exceptions, taxes and assessments, if any.
3. Delete whichever does not apply.
4. Execution in accordance with Chapter 5301 of the Revised Code of Ohio.

Auditor's and Recorder's Stamps

EXHIBIT A

* See Section 5302.11 Ohio Revised Code

**QUIT CLAIM DEED**

FROM

TO

Instrument Book Vol. Page
9900021396 OR 1201 733

```
9900021396
Filed for Record in
CLERMONT COUNTY, OH
CAROLYN GREEN
On 05-20-1999 At 10:16 am.
DEED            14.00
Book OR Vol. 1201 Pg.  732 -  733
```