**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 21, 2019**

_____

WWR#040260160

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Harry C. Auel, Jr. | : | Case No. 18-14314 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362 AND FED. R. BANKR. P. 4001(a)(3) (DOC 12)**

This matter came before the Court on the motion of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, for an order granting relief from the automatic stays imposed pursuant to 11 U.S.C. §362 and Fed.

R. Bankr. P 4001(a)(3), as to the real property located at 1742 Clough Pike, Batavia, OH 45103. The Court finds that the motion was properly served and no party filed a memorandum in opposition or other response.

For good cause shown, it is therefore ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, is granted relief from the automatic stays imposed pursuant to 11 U.S.C. §362 and Fed. R. Bankr. P 4001(a)(3), as to the real property located at 1742 Clough Pike, Batavia, OH 45103.

Submitted by:

/s/ Laura L. Peters
LAURA L. PETERS #0063425
Weltman, Weinberg & Reis Co., L.P.A.
3705 Marlane Drive
Grove City, OH  43213
lpeters@weltman.com
(614) 801-2601 / (614) 801-2601 (fax)
Counsel for Creditor,
U.S. Bank Trust National Association,
not in its individual capacity but solely as owner
trustee for Loan Acquisition Trust 2017-RPL1

Copies to:
Default List